**Order issued May 28, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-14-00962-CR**
**No. 05-14-00963-CR**

---

**ALLEN HO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

Before Justices Fillmore, Myers, and Evans

Based on the Court's opinion of this date, we **GRANT** the January 27, 2015 motion of Sharita Blacknall for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Sharita Blacknall as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Allen Ho, TDCJ No. 1945313, Formby State Jail, 998 County Road AA, Plainview, Texas, 79072.


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE